Fourth Court of Appeals
 San Antonio, Texas
 July 18, 2018

 No. 04-17-00278-CR

 The STATE of Texas,
 Appellant

 v.

 José MUSA-VALLE,
 Appellee

 From the County Court at Law No. 5, Bexar County, Texas
 Trial Court No. 538466
 Honorable John Longoria, Judge Presiding

 ORDER

 The Appellee’s Motion for Extension of Time to File Motion for Rehearing is
GRANTED. Time extended to August 20, 2018.

 _________________________________
 Rebeca C. Martinez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 18th day of July, 2018.

 ___________________________________
 Keith E. Hottle
 Clerk of Court